**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TIMOTHY BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC, & LVNV FUNDING, LLC<br><br>Defendants. | **Civil Action No.  3:20-cv-06762**<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between the undersigned counsel that Plaintiff Timothy Brown voluntarily dismisses his claims in this matter against Defendants Dynamic Recovery Solutions, LLC and LVNV Funding, LLC with prejudice and without costs pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

Dated:  September 25, 2024

THE LAW OFFICE OF GUS MICHAEL FARINELLA, PC
*Attorneys for Plaintiff*
*Timothy Brown*


By: *s/ Ryan Gentile*
    Ryan Gentile, Esq.

251-73 Jericho Turnpike, Suite 203
Bellrose, NY 11426
Telephone: (516) 326-2333

GORDON REES SCULLY MANSUKHANI, LLP
*Attorneys for Defendants*
*Dynamic Recovery Solutions, LC and LVNV Funding, LLC*


By: *s/ Stephanie Imbornone*
    Stephanie Imbornone, Esq.

290 W. Mt. Pleasant Ave. Suite 3310
Livingston, NJ 07039
Telephone: (973) 549-2500